**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDUARDO MANTILLA, | : | Civil Action No. 12-7319 (SRC) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 30th day of November, 2012,

ORDERED that the motion to vacate under 28 U.S.C. § 2255 is dismissed for lack of jurisdiction; and it is further

ORDERED that a certificate of appealability is DENIED; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

                                                  s/ Stanley R. Chesler
                                                  **STANLEY R. CHESLER, U.S.D.J.**